UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Monday, August 7, 2006 @ 10:00 a.m.

CASE NUMBER: 3:CV-06-1300

CAPTION:     Battle v. Sunbeam

COUNSEL FOR PLAINTIFF:          Michael S. Munger, Esquire

COUNSEL FOR DEFENDANT:          Dennis R. Callahan, Esquire

**CONFERENCE RESULTS:**

♦   Plaintiff has provided a package to defendant as Rule 26 discovery;
♦   Defendant about to do the same;
♦   Product in possession of plaintiff's expert.  Available for joint inspection;
♦   Defendant has served written discovery on plaintiff;
♦   Discovery to run to November 15, 2006, to include plaintiff's expert's report.